Lucio A. **BARROGA**, Plaintiff—Appellant,

v.

**BOARD OF ADMINISTRATION CALIFORNIA PUBLIC RETIREMENT SYSTEM, Defendant—Appellee.**

No. 05–55232.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 13, 2006.\*

Decided Feb. 22, 2006.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Lucio A. Barroga, Glendora, CA, Pro Se.

Kyungah Suk, Office of the California Attorney General, Los Angeles, CA, for Defendant–Appellee.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

### MEMORANDUM **

Lucio A. Barroga appeals pro se from the district court's order denying his request that a three-judge panel of the district court consider whether he properly served the summons and complaint. Barroga's request for a three-judge panel followed the district judge's denial of Barroga's motion for entry of default judgment. As the district court's order did not end the proceedings, and is not an appealable interlocutory order, we dismiss this appeal for lack of jurisdiction.

**DISMISSED**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

